**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 12, 2015

Hon. Jeffrey S. Kelly
The Kelly Legal Group, PLLC
P. O. Box 2125
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. Christopher S. Ferguson
P. O. Box 815369
Dallas, TX 75381
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00393-CV
Tr.Ct.No. 12-1551-CC4
Style:    HILARIO VILLANUEVA AND GRACIELA VILLANUEVA v. DEUTSCHE BANK
NATIONAL TRUST COMPANY AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE MORGAN STANLEY ABS CAPITAL I INC
TRUST 2003-NC10, MORTGAGE PASS THROUGH CERTIFICATES
SERIES 2003-NC10

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    County Court at Law No. 4
       Hon. Nancy E. Rister, Williamson County Clerk